UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUCK INSURANCE EXCHANGE, <br><br> Plaintiff, <br><br> vs. <br><br> JONATHAN ROSEN <br><br> Defendant. <br><br> -and- <br><br> CERTAIN UNDERWRITERS AT LLOYD'S, LONDON; TENECOM LIMITED; THE DOMINION INSURANCE COMPANY LIMITED; ST. KATHERINE INSURANCE COMPANY LIMITED; LONDON & EDINBURGH GENERAL INS. CO. LTD.; BISHOPSGATE INSURANCE LIMITED; NATIONAL CASULATY COMPANY; NATIONAL CASUALTY CO. OF AMERICA LIMITED, <br><br> Intervenors-Defendants. | Case No. 1:26-cv-01709 |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-4-26

**NOTICE OF MOTION TO FILE EXHIBIT UNDER SEAL**

PLEASE TAKE NOTICE that upon the attached Declaration of Nicholas M. Lombard declared to on March 2, 2026, and the accompanying memorandum in support, undersigned will move on behalf Certain Underwriters at Lloyd's, London, Tenecom Limited, Dominion Insurance Company Limited, St. Katherine Insurance Company Limited, London & Edinburgh General Insurance Company Limited, Bishopsgate Insurance Company Limited, National Casualty Company, and National Casualty Company of America Limited (together, **"Reinsurers"**) before the United States District Court for the Southern District of New York, at the United States District Courthouse, located at the courthouse at 500 Pearl Street, New York, New York 10007, at a time

and place to be scheduled by this Court, for an order to seal Exhibit C to the Notice of Removal

because it contains confidential documents that are subject to Arbitration Confidentiality

Agreement and Protective Orders.

Dated: New York, New York
       March 2, 2026

**SO ORDERED**

_____
**LEWIS A. KAPLAN, USDJ**

Dated: 3/4/2026

**DAY PITNEY LLP**

/s/ Nicholas M. Lombard
_____
Nicholas Lombard
Michael P. Mullins (*pro hac vice* application
forthcoming)
DAY PITNEY LLP
605 Third Avenue, 31st Floor
New York, New York 10158
Tel.: (212) 297-5800
nlombard@daypitney.com
mmullins@daypitney.com

*Attorneys for Intervenors-Defendants
Certain Underwriters at Lloyd's London;
Tenecom Limited; The Dominion Insurance
Company Limited; St. Katherine Insurance
Company Limited; London & Edinburgh
General Ins. Co. Ltd.; Bishopsgate Insurance
Company Limited; National Casualty
Company; and National Casualty Co. of
America Limited*

-2-

## CERTIFICATION

I hereby certify that on the 2nd day of March, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court, Southern District of New York and sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Nicholas M. Lombard*
Nicholas M. Lombard