UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TRUCK INSURANCE EXCHANGE,

              Plaintiff,

       -against-

JONATHAN ROSEN,

              Defendant,

    -and-

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON,
et al.,

              Intervenor-Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

26-cv-1709 (LAK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-5-26

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Intervenors-Defendants removed this action from the New York Supreme Court, New York County.

        When a defendant removes an action from a state court, the defendant is obliged to attach to the notice of removal that the defendant must file in the federal court "a copy of all process, pleadings, and orders served upon such defendant or defendants in such action." 28 U.S.C. § 1446(a). Filed with the notice of removal in this case, with the description quoted below, are the following:

| Attachment | Description | Pages | Size |
|---|---|---|---|
| 1 | Exhibit Exhibit A So Ordered Stipulation re Intervention | 5 pages | 2.7 MB |
| 2 | Exhibit Exhibit B (1 of 6) Process, pleadings, and orders | 107 pages | 1.8 MB |
| 3 | Exhibit Exhibit B (2 of 6) Process, pleadings, and orders | 78 pages | 8.2 MB |
| 4 | Exhibit Exhibit B (3 of 6) Process, pleadings, and orders | 86 pages | 9.2 MB |
| 5 | Exhibit Exhibit B (4 of 6) Process, pleadings, and orders | 61 pages | 8.5 MB |

2

| | | | | |
|---|---|---|---|---|
| 6 | Exhibit Exhibit B (5 of 6) Process, pleadings, and orders | 88 pages | 8.6 MB |
| 7 | Exhibit Exhibit B (6 of 6) Process, pleadings, and orders | 64 pages | 8.4 MB |
| 8 | Exhibit Exhibit C Restricted/Sealed Process, pleadings, etc. | 1 page | 110.3 KB |
| 9 | Exhibit Exhibit D NYSCEF Document List | 8 pages | 26.0 KB |
| | | 508 pages | 47.6 MB |

Section 5.1 of the ECF. Rules & Instructions of this Court provides:

"Filing Users must submit in electronic form all documents referenced as exhibits or attachments, unless the Court permits paper filing. Exhibits must be filed as attachments to the main document. *Each attachment must be clearly titled so the subject of the exhibit is clear.* The filing of exhibits in text searchable format is encouraged, but not required." (Emphasis added)

The point, of course, is to provide the state court record in a form that is reasonably usable rather than in an undifferentiated, undescribed mass of hundreds of pages.

Accordingly, the Intervenors-Defendants, on or before March 12, 2026, shall file the entire state court record as of the time of removal. Each separate paper shall be filed as a separate numbered attachment, shall be clearly titled so that the subject of the attachment is clear, and shall show the date of the attachment. Attachments shall be listed in chronological order.

SO ORDERED.

Dated:        March 5, 2026

_____
Lewis A. Kaplan
United States District Judge