**Ford.**
**Marrin**

Ford Marrin Esposito
Witmeyer & Gleser, LLP

Wall Street Plaza, 16th Floor
New York, NY 10005
Tel +1 212 269 4900
Fax +1 212 344 4294

John A. Mattoon
jmattoon@fordmarrin.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/17/2026

March 12, 2026

**MEMO ENDORSED**

**VIA ECF**
Hon. Lewis A. Kaplan
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, New York 10007-1312

RE:    *Truck Insurance Exchange v. Rosen et al.,* **Case No.: 1:26-cv-01709-LAK**
        <u>Letter Motion - Adjournment Request – Motion to Dismiss</u>

Dear Judge Kaplan:

The undersigned represents Plaintiff Truck Insurance Exchange ("Plaintiff"). We respectfully write to request that the Court stay briefing on Defendants' Motion to Dismiss (ECF 17) pending the resolution of Plaintiff's forthcoming Motion to Remand.

This is the first request for an extension of this deadline.

This matter was removed from New York Supreme Court on March 2, 2026. Defendants filed their Motion to Dismiss this week, making Plaintiff's response due March 23, 2026.

Plaintiff is currently preparing a Motion to Remand, which will be filed no later than next week. Plaintiff's position is that this Court lacks subject matter jurisdiction over this action, which involves exclusively state-law claims and issues of professional responsibility. As a result, remand to New York County is required.

I write to request that the Court stay the briefing on the Defendants' Motion to Dismiss pending a decision on the forthcoming Motion to Remand. In the event that the Court orders remand, the Motion to Dismiss becomes moot. I submit that there is no prejudice to Defendants in staying briefing on the Motion to Dismiss, while doing so would prevent the parties from devoting the time and expense with respect to a motion that may ultimately be unnecessary.

To the extent that the Motion to Remand is denied, Plaintiff will expeditiously respond to the Motion to Dismiss. Additionally, Plaintiff would seek adjudication of its request for a preliminary injunction against Defendant Rosen, as set forth in Plaintiff's Order to Show Cause, which has been fully briefed since February 9, 2026.

Earlier today, I requested Defendants' consent to this stay. Counsel for Intervenor-Defendants did not agree with our request to stay the briefing on the Motion to Dismiss. I have not yet received a response from counsel for Defendant Rosen.

Denied

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ
3/17/26