UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TRUCK INSURANCE EXCHANGE,

                Plaintiff,

    -against-

JONATHAN ROSEN,

                Defendant,

    -and-

CERTAIN UNDERWRITERS AT LLOYD'S LONDON, *et al.*,

               *Intervenor-Defendants.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                         26-cv-1709 (LAK)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __04/01/2026__

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       Regardless of whether the parties submit a scheduling order that calls for the filing of a pretrial order within six months, *see* Dkt 13, the Court shall hear oral argument on the pending motions to dismiss and remand on Thursday, April 9th, at 2:30 p.m. in Courtroom 21B.

       SO ORDERED.

Dated:       April 1, 2026

                                  _____
                                      Lewis A. Kaplan
                                  United States District Judge