UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUCK INSURANCE EXCHANGE,

Plaintiff,

-against-

JONATHAN ROSEN.,

Defendant.

-and-

CERTAIN UNDERWRITERS AT LLOYD'S LONDON, et al.,

Intervenor Defendants

26 CIVIL 1709 (LAK)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Memorandum Opinion dated July 17,2026, the motion to remand (Dkt 27) is DENIED and the motion to dismiss with prejudice (Dkt 17) is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
July 22, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:** [signature]

**Deputy Clerk**