USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 10/21/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
TRUCK INSURANCE EXCHANGE,

Plaintiff,

-against-

26-cv-1709 (LAK)

JONATHAN ROSEN,

Defendant,

-and-

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, et al.,

Intervenor-Defendants.
------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

The Intervenor-Defendants' motion for attorneys' fees (Dkt 52) is denied, substantially for the reasons set forth in plaintiff's memorandum in opposition (Dkt 59) at pages 6 through 8. For the sake of clarity, the Court implies no view as to whether the Intervenor-Defendants properly might seek that relief in a new, independent action or, were they to do so, whether such a claim would be foreclosed by claim preclusion or related doctrine.

SO ORDERED.

Dated: October 21, 2026

Lewis A. Kaplan
United States District Judge